NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000084
26-SEP-2016
09:01 AM

NO. CAAP-16-0000084

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FPA LAHAINA SHORES ASSOCIATES, LLC, Plaintiff-Appellee,
v.
DRINK ENTERPRISES, LLC, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CIVIL NO. 14-1-0120)

ORDER APPROVING IN PART THE SEPTEMBER 7, 2016
"STIPULATION FOR DISMISSAL WITH PREJUDICE"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal
With Prejudice, filed September 7, 2016, by Plaintiff-Appellee
FPA Lahaina Shores Associates, LLC, the papers in support, and
the record, it appears that (1) pursuant to Hawai'i Rules of
Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to
dismiss the appeal with prejudice, and bear their own costs and
attorneys' fees on appeal; (2) the stipulation is dated and
signed by counsel for all parties appearing in the appeal;
(3) the appeal has not been docketed; and (4) HRAP Rule 42(b)
governs dismissal of docketed appeals, whereas HRAP Rule 42(a)
authorizes dismissal before an appeal is docketed.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part and the appeal is dismissed with prejudice pursuant to HRAP Rule 42(a).  The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawaiʻi,  September 26, 2016.

Chief Judge

Associate Judge

Associate Judge